Michael S. Morrison
Alexander Krakow + Glick LLP
1900 Avenue of the Stars
Suite 900
Los Angeles, California 90067
Telephone: (310) 394-0888
mmorrison@akgllp.com

Aaron D. Radbil*
Greenwald Davidson Radbil PLLC
401 Congress Avenue
Suite 1540
Austin, Texas 78701
Telephone: (512) 803-1578
aradbil@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class and subclass*

\* To seek admission *pro hac vice*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Phylistene Ward, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>American Honda Motor Co., Inc., and Honda Motor Co., Ltd.,<br><br>Defendants. | ) Case No.<br>)<br>)<br>) **CLASS ACTION COMPLAINT**<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

Phylistine Ward ("Plaintiff"), on behalf of herself and all others similarly situated, alleges as follows:

### Nature of the Action

1.      In recent years, automakers have introduced an assortment of computerized safety systems to assist drivers and improve vehicle safety.

2.      But as the automotive market develops new driver-assisting technologies, some automakers have missed the mark and introduced new and unexpected hazards for drivers.

3.      Defendants American Honda Motor Company, Inc., and Honda Motor Co., Ltd. (collectively, "Honda") have done precisely that.

4.      Honda provides its version of computerized driver-assistance features through a driver support suite it calls "Honda Sensing."

5.      Honda Sensing relies on a combination of radar sensors, cameras, and computers to avoid collisions by sensing the speeds and distances of vehicles and objects surrounding the Honda vehicle, and automatically applies brakes if the system detects a need to do so.

6.      Specifically, Honda Sensing includes a "Collision Mitigation Braking System," a "Road Departure Mitigation System," "Adaptive Cruise Control with Low-Speed Follow," "Lane Keeping Assist System," and a "Cross Traffic Monitor," all of which are intended to operate together to decrease the likelihood or severity of automotive accidents.[1]

7.      However, unbeknownst to Plaintiff and other consumers, Honda Sensing and its associated systems suffer from a major safety flaw: they repeatedly detect "false positives" or "false alarms" and engage safety protocols without warning, such as (1) abruptly applying brakes and decreasing vehicle speeds on the

---

[1]      https://automobiles.honda.com/cr-v#specifications (last visited December 13, 2019).

Class Action Complaint - 2

highway without warning; (2) displaying numerous warning messages to drivers as a false indication of a hazard; and (3) instructing drivers to immediately apply brakes when there is no obstruction or hazard present (collectively, the "Defect").

8.     Honda Sensing is standard equipment on the EX, EX-L and the Touring Honda CR-V for model years 2016-2019, each of which were sold with the same Defect in the Honda Sensing system (the "Class Vehicles").

9.     Plaintiff has repeatedly suffered from the Defect in her 2019 Honda CR-V EX, and has repeatedly sought Honda's assistance in repairing the Defect, to no avail.

10.     As a result, Plaintiff now brings this action against Honda.

### Parties

11.     Plaintiff is a natural person who, at all relevant times, resided in Cook County, Illinois.

12.     Plaintiff leases a 2019 Honda CR-V EX, which she obtained from Community Honda of Orland Park, an authorized dealership of Honda.

13.     American Honda Motor Company, Inc., is a California corporation with its headquarters and principal place of business in Torrance, California.

14.     Honda Motor Co., Ltd., is a Japanese corporation and the parent company of American Honda Motor Company, Inc.

15.     Honda manufactures, markets, and distributes mass-produced automobiles in the United States under the Honda brand name.

16.     Honda sells its vehicles—including the Class Vehicles—to its authorized dealerships for those dealerships to then sell or lease the vehicles directly to consumers.

### Jurisdiction and Venue

17.     This Court has jurisdiction over this action under the Class Action Fairness Act, the relevant portion of which is codified at 28 U.S.C. § 1332(d).

18.    The aggregated claims of the individual class members exceed the sum or value of $5,000,000, exclusive of interests and costs, and this is a class action in which more than two-thirds of the proposed plaintiff class, on the one hand, and Defendants, on the other, are citizens of different states.

19.    This Court may exercise jurisdiction over Honda because its American headquarters is located in California; it is registered to conduct business in California; it has sufficient minimum contacts in California; and it intentionally avails itself of the markets within California through the promotion, sale, marketing, and distribution of its vehicles.

20.    Venue is proper in this District under 28 U.S.C. § 1391 because American Honda Motor Company, Inc. is headquartered in this district, Honda Motor Co., Ltd. is a foreign entity, and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

### Factual Allegations

### I.    The Honda Sensing System contains a serious defect.

21.    Honda manufactures, markets, and distributes mass-produced automobiles in the United States under the Honda brand name, including the Class Vehicles.

22.    All Class Vehicles come equipped with Honda Sensing, which Honda calls "a driver support system which employs the use of two distinctly different kinds of sensors, a radar sensor located at the lower part of the front bumper and a front sensor camera mounted to the interior side of the windshield, behind the rear view mirror."[2]

23.    The Honda Sensing suite is a major aspect of Honda's marketing of Class Vehicles and increases the market price of the vehicles.

---

[2]    https://www.honda.com/safety/hondasensing-and-acurawatch (last visited December 13, 2019).

24.     Within the Honda Sensing suite are a host of hardware and software systems designed to improve driver safety, including:

a.  Adaptive Cruise Control ("ACC") with Low Speed Follow: "allows the driver to set a desired speed but also maintain a desired following interval to a vehicle detected ahead so you enjoy the benefits of cruise control in light traffic."[3]

b.  Lane Keeping Assist System ("LKAS"): "Using a forward-facing camera mounted above the inside rear view mirror, the Lane Keeping Assist System (LKAS) works proactively to keep the vehicle centered in a detected lane. If the LKAS system has been engaged and you start to drift away from the middle of the lane, it will gently apply steering torque and help guide the car back to the center of the lane."[4]

c.  Collision Mitigation Braking System ("CMBS"): "assists your braking operation by automatically applying an appropriate amount of braking force to help you avoid or minimize the chances of hitting a vehicle ahead of you in traffic."[5]

d.  Road Departure Mitigation ("RDM"): "enhances the driver's sense of security" by "identify[ing] the side of the road, including painted lane lines, Botts' Dots and cat's-eye markers," and "[w]hen the system

---

[3]     *Id.*

[4]     *Id.*

[5]     https://techinfo.honda.com/rjanisis/pubs/om/ja0606/ja0606o00325a.pdf (last visited December 13, 2019).

detects that the vehicle is about to leave the road, it alerts the driver with an MID warning message."[6]

    e. Forward Collision Warning ("FCW"): "using both visual and audible warning—[the FCW] alerts the driver to a potential collision with a vehicle detected ahead."[7]

    f. Lane Departure Warning ("LDW"): "enhances driver awareness and confidence" by "visually detect[ing] lane lines in the road," and, "If the driver begins to drift out of a detected lane without using the turn indicators, the system will alert the driver with an icon in the instrument panel and an audible warning."[8]

25. As part of its marketing materials, Honda lauds these safety features:[9]



**Commute with confidence.**

The CR-V has achieved top ratings from NHTSA and IIHS* and is equipped with available safety and driver-assistive technologies including Honda Sensing, a suite of features that can assist and help you sense things you might miss while driving.

CR-V EX (left) shown in Crystal Black Pearl.
CR-V AWD Touring (right) shown in Lunar Silver Metallic.
*Government 5-Star Safety Ratings are part of the National Highway Traffic Safety Administration's (NHTSA's) New Car Assessment Program (www.safercar.gov).

**Blind Spot Information System (BSI)**⁺
BSI uses radar sensors to detect the presence of vehicles to the side and behind the CR-V, to assist you during lane changes. Warning indicators alert you if the system detects a vehicle.

**Cross Traffic Monitor**⁺
Sensors at the rear corners of the CR-V can detect vehicles approaching from either side when backing up. The driver is alerted by an audible chime and arrows in the rearview camera display when a vehicle is detected.

**Road Departure Mitigation System (RDM)**⁺
RDM can determine if you cross over detected lanes without signaling, can provide steering assistance to help you return to your lane or provide braking to help keep from leaving the roadway entirely.

**Collision Mitigation Braking System™ (CMBS™)**⁺
CMBS can help bring your CR-V to a stop by automatically applying brake pressure when the system determines that a frontal collision is unavoidable.

**Adaptive Cruise Control (ACC)**⁺ **with Low-Speed Follow**
ACC helps you maintain a set following interval behind detected vehicles for highway driving. If the detected vehicle slows to a stop, ACC is designed to slow and stop your vehicle as well. After stopping, a tap on the throttle instructs the car to continue maintaining the desired interval.

**Lane Keeping Assist System (LKAS)**⁺
With your hands on the steering wheel, long highway drives are easier with LKAS, which subtly adjusts steering to help keep the CR-V centered in a detected lane.

---

[6] https://www.hondainfocenter.com/CR-V-Family/2019-CR-V/Vehicle-Details/Safety/Road-Departure-Mitigation-System-RDM-EX-and-above (last visited December 13, 2019).

[7] https://www.honda.com/safety/hondasensing-and-acurawatch (last visited December 13, 2019).

[8] https://www.hondainfocenter.com/CR-V-Family/2019-CR-V/Vehicle-Details/Safety/Lane-Departure-Warning-LDW-EX-and-above (last visited December 13, 2019).

[9] https://automobiles.honda.com/-/media/Honda-Automobiles/Vehicles/2018/CR-V/2018-Updates/Brochure/MY18_CR-V_Brochure_Online_Mech1.pdf (last visited December 13, 2019).

26.    Honda's website also touts these Honda Sensing features:[10]





27.    However, Honda Sensing suffers from a Defect, which presents itself in a variety of different—and dangerous—ways.

28.    For example, drivers have reported to the National Highway and Traffic Safety Administration ("NHTSA") that the CMBS engages for no reason, such as engaging the vehicle's brakes on an empty road: [11]

a.    "DRIVING IN DAYLIGHT ON A PARTLY CLOUDING MORNING ON A RESIDENTIAL STREET. NO OTHER CARS OR OBJECTS ON THE ROAD. THE HONDA COLLISION MITIGATION BRAKING SYSTEM TRIPS WITHOUT WARNING AND THE CAR COMES TO AN ABRUPT HALT. THE WORD 'BRAKE' FLASHING ON THE DASH. TOOK THE CAR TO DEALER WHO RAN DIAGNOSTICS AND THEN CHARGED ME $73 BECAUSE THERE WAS "NOTHING WRONG". SOMETHING IS MOST DEFINITELY WRONG. THIS IS SAFETY ISSUE AS IT

---

[10]    https://automobiles.honda.com/cr-v#specifications (last visited December 16, 2019).

[11]    https://www.nhtsa.gov/vehicle/2019/HONDA/CR-V/SUV/AWD (last visited December 13, 2019).

COULD CAUSE AN ACCIDENT OR INJURY. I AM NOT SURE WHAT TO DO."

b. "1;42 PM, 40 MPH, ON A ROAD I FREQUENTLY TRAVEL, SUNNY DAY NO TRAFFIC AHEAD OF ME AND FOR NO REASON VEHICLE BRAKED HARD AND THE WORDS "BRAKES" SHOWED ON THE DASH. AFTER A FEW SECONDS AND BEFORE I COULD PULL OVER IT RETURNED TO NORMAL. SYSTEM DESIGNED TO PREVENT ACCIDENTS ALMOST CAUSED ONE. VERY DANGEROUS."

29.     Once sales and leases of a vehicle model begin, Honda monitors complaints to the NHTSA in the regular course of its business to evaluate potential defects.

30.     Drivers have reported that the ACC fails to engage and reduce the vehicle's speed in traffic, or that the Honda Sensing system fails in light weather conditions.[12]

31.     Honda drivers have submitted numerous similar safety complaints to the NHTSA:[13]

a. "TL* THE CONTACT OWNS A 2017 HONDA CR-V. WHILE DRIVING VARIOUS SPEEDS, THE AUTOMATIC BRAKE SYSTEM ENGAGED AND ALL THE WARNING INDICATORS ILLUMINATED. ALSO, THE INSTRUMENT PANEL LIGHTING WOULD BECOME VERY BRIGHT AND THEN VERY DARK, AND THE HEADLIGHTS WERE INOPERABLE. THE VEHICLE WAS TAKEN TO GERMAIN OF ANN ARBOR (2575 S STATE ST, ANN ARBOR, MI 48104, (855) 223-0067) WHERE IT WAS DIAGNOSED THAT THE VEHICLE NEEDED A SOFTWARE

---

[12]     http://www.hondaproblems.com/honda-sensing/ (last visited December 13, 2019); *see also* https://www.insideevsforum.com/community/index. php?threads/issue-with-honda-sensing-adaptative-cruise-control.2031/ (last visited December 13, 2019).

[13]     https://www.nhtsa.gov/vehicle/2017/HONDA/CR-V/SUV/AWD (last visited December 16, 2019).

UPDATE. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED INTERMITTENTLY. THE CONTACT REFERENCED NHTSA ID NUMBER: 10163184 AND MANUFACTURER COMMUNICATION NUMBER: A19-066. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED CASE NUMBER: 10080473. THE MANUFACTURER INFORMED THE CONTACT TO TAKE THE VEHICLE BACK TO THE DEALER. THE FAILURE MILEAGE WAS APPROXIMATELY 40,500. THE VIN WAS UNKNOWN."

b. "A SENSOR FAILURE DISPLAYS ON THE DASHBOARD SAYING THAT SOME DRIVER ASSIST SYSTEMS CANNOT OPERATE: RADAR OBSTRUCTED. HONDA OF FREDERICK TELLS ME IT'S A WEATHER RELATED ISSUE AND MANUFACTURING ISSUE THAT THEY CANNOT DO ANYMORE TO FIX THE PROBLEM. HAVE HAPPEED 4 TIMES; RECORDED 3 TIMES: DRIVING IN RAIN ON HIGHWAY, DRIVING IN SNOW IN TOWN, DRIVING NEXT DAY AFTER SNOW BUT NOTHING ON THE ROAD ON HIGHWAY. ALL STRAIGHT WAYS."

c. "TRAVELING ON INTERSTATE AT THE SPEED LIMIT THE CAR SUDDENLY BRAKED. ALL SAFETY SYSTEMS WERE ACTIVATED AT THIS TIME. FORTUNATELY THERE WAS NO TRAFFIC IN FRONT, BEHIND OR BESIDE. I GOT THE CAR UNDER CONTROL , TURNED ALL SYSTEMS OFF AND PROCEEDED. MESSAGES ON DASH INDICATED FOUR SYSTEMS WERE INOPERATABLE."

d. "THE ADVANCED SAFETY SYSTEMS THAT RELY ON RADAR (AUTO BRAKING, LANE DEPARTURE, ETC) ARE UNUSABLE IN VERY LIGHT SNOW. THERE WAS BARELY ANYTHING ON THE SENSOR COVER, YET THESE IMPORTANT SYSTEMS STOPPED WORKING. THIS HAPPENED REPEATEDLY THROUGHOUT THE DAY. WIPING THE SENSOR WOULD RESTORE FUNCTION, BUT ONLY FOR A COUPLE OF MINUTES, AT BOTH LOW SPEEDS AND ON THE HIGHWAY. THE VEHICLE HAS RECEIVED THE RECENT SOFTWARE UPDATE THAT WAS SUPPOSED TO FIX THIS. (TSB A17-064)."

e.  "I DROVE DOWN THE HIGHWAY 65 MILES PER HOUR WHEN SUDDENLY THE CAR COMPUTER GOT STUCK AND THEN STARTED AGAIN GIVING DIFFERENT ERRORS. DEACTIVATED BRAKE SYSTEM, FRAME MISSING GASOLINE, FRAME ROAD STABILIZATION SYSTEM DEACTIVATED AND FINALLY SPEED CONTROL FRAME SPEED A FAULT."

32.   In addition to—or as a result of—these consumer complaints, Honda is formally investigating the problem, as it admitted in an April 6, 2018 communication to its dealers: "American Honda Motor Co., Inc. (AHM) is investigating certain 2017-2018 CR-Vs with a customer complaint of various warning lights such as the brake system, lane departure, ACC & forward collision warning illuminated on the dash with the DTC P2583-76 (Temporary stop of Integrated Driver System ? Misalignment Millimeter Wave Radar) stored."[14]

33.   As some of these excerpted NHTSA complaints above demonstrate, Class Vehicle drivers have been complaining vociferously—often beginning shortly after each model year Class Vehicle has first entered the market.

34.   However, despite numerous NHTSA complaints over the past several years, and well over a year passing since it initiated its investigation, Honda has no solution to the Defect.

35.   Rather, Honda has suggested that its dealers clear error codes, update software, and in certain circumstances replace radar devices, but none of these solutions permanently cures the Defect.

36.   Honda continues to conceal the Defect from consumers, and continues to sell and lease Class Vehicles containing the Defect to consumers in both new and used vehicles.

---

[14]   https://www.nhtsa.gov/vehicle/2018/HONDA/CR-V/SUV/AWD#manufacturerCommunications (last visited December 13, 2019).

37.    Given the severity and the safety risks posed by the Defect, Honda either should not have leased Plaintiff her vehicle or it should have prominently disclosed that the vehicles' computerized driver-assisting safety systems are defective and may malfunction, including by abruptly braking when there is otherwise no risk of a collision.

38.    Honda knew, or should have known, about the risks associated with the Defect.

39.    For example, The National Transportation Safety Board released a special investigation report in 2015—prior to the release of Honda Sensing—analyzing the use of autonomous braking systems.

40.    As the report stated, autonomous braking systems are to activate "only in critical situations."[15]

41.    The report also found that such collision avoidance systems "depend[] heavily on the accuracy and timeliness of detection, which relies on the quality of the installed sensor, camera, or vision algorithm detecting targets."[16]

42.    Among the potential problems identified in the report was the possibility of "false alarms," defined as "the detection of a conflict when none is present," similar to the Defect.[17]

43.    Other automotive manufacturers, such as Toyota and Ford, have experienced similar errors in their computerized driver-assisting safety systems, but

---

[15]    https://www.ntsb.gov/safety/safety-studies/Documents/SIR1501.pdf    (last visited December 16, 2019).

[16]    *Id*.

[17]    *Id*.

those manufacturers initiated recalls to repair those defects due to the "risk of a crash" associated with "[u]nexpected braking."[18]

44.     Honda has not initiated a recall of the Class Vehicles due to the Defect.

**II.     Plaintiff's vehicle suffers from the Defect.**

45.     On June 27, 2019, Plaintiff signed a lease for a new 2019 Honda CR-V from Community Honda of Orland Park, an authorized dealership of Honda.

46.     In doing so, Community Honda of Orland Park agreed to lease the CR-V to Plaintiff through the Honda Lease Trust, and in doing so—prior to or contemporaneous to Plaintiff's lease of the CR-V—agreed to purchase the CR-V from Honda so it could lease it to Plaintiff.

47.     Prior to signing the lease, Plaintiff reviewed Honda's representations concerning the Honda Sensing suite and the computerized driver-assisting safety systems included in the 2019 Honda CR-V, and chose to lease a Class Vehicle based in part upon those features.

48.     Plaintiff's vehicle came with a written "3-Year/36,000-Mile Limited Warranty, plus a 5-Year/60,000-Mile Powertrain Limited Warranty."[19]

49.     Shortly after taking possession of her CR-V, Plaintiff experienced the Defect when operating her vehicle.

50.     Specifically, Plaintiff's vehicle flashed all of its Honda Sensing-related warning lights and alarms on multiple instances, prompting her to bring her vehicle in to her Honda dealership for repair and assistance.

---

[18] https://www.autoblog.com/2015/11/04/toyota-recalls-pre-collision-system-on-avalon-and-es-models/ (last visited December 16, 2019); https://money.cnn.com/2015/09/30/autos/ford-recall-f-150/index.html (last visited December 16, 2019).

[19] https://automobiles.honda.com/cr-v# (last visited December 13, 2019).

51.     On July 29, 2019, Plaintiff's dealership noted Plaintiff's complaint as: "Alarm sounds off when driving after 10-15 min - vsa - brake Monitoring - a list showed up on dash - has happened 3 times in last week."[20]

52.     However, the dealership had no solution to the problem aside from clearing the vehicle's error codes and performing a six mile test drive, during which it was unable to duplicate the error.[21]

53.     Days later, on August 1, 2019, Plaintiff returned for additional service because the Defect returned, prompting the dealership to replace the "millwave radar and aim radar unit" associated with the Honda Sensing technology suite, and to additionally clear the vehicle's error codes.[22]

54.     But this repair failed to resolve the Defect, as Plaintiff again experienced the barrage of error codes and safety warnings, prompting her to return for yet another repair on August 2, 2019.[23]

55.     On August 2, 2019, after the dealership tested and cleared all of the error codes on Plaintiff's vehicle, it attempted to duplicate the error, failed to do so, and returned the vehicle to Plaintiff.[24]

56.     Then, on August 14, 2019, Plaintiff again experienced the Defect and brought her vehicle to her dealership, where the dealer noted that it was her fourth attempt to cure the Defect.[25]

---

[20]     Ex. 1 at 33.

[21]     *Id.*

[22]     *Id.* at 34.

[23]     *Id.* at 36.

[24]     *Id.*

[25]     *Id.* at 37-38.

57.     Most recently, in her fifth attempt at remedying the Defect, on November 13, 2019, Plaintiff brought her vehicle to her dealership to again attempt to cure the Defect.[26]

58.     The dealership noted that it was able to duplicate the error following a series of test drives, identifying codes for a "misaligned wave sensor" and "dirty" "wave sensor."[27]

59.     The dealership then stated that it cleaned those radar units and was thereafter unable to duplicate the Defect, and so it returned the vehicle to Plaintiff.[28]

60.     However, to this day, and despite five attempts to repair the Defect, Plaintiff's 2019 Honda CR-V continues to suffer from the Defect, placing her at heightened risk of an accident while also frustrating her ability to operate the vehicle in the manner in which Plaintiff and Honda intended.

61.     Plaintiff provided Honda a reasonable opportunity to cure the Defect, and Honda failed to do so, so any additional attempts to repair the Defect would be futile.

62.     Had Plaintiff been made aware of the Defect before she purchased her vehicle, she either would not have purchased her vehicle, or she would have paid substantially less for it.

63.     Plaintiff's vehicle remains within the scope of Honda's express written warranty.

**Class Allegations**

64.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(b)(3) on behalf of a class and subclass defined as:

---

[26]    *Id.* at 39-40.

[27]    *Id.*

[28]    *Id.*

<u>Class:</u> All current or former purchasers and lessees of a Honda CR-V equipped with the Honda Sensing system who purchased or leased their vehicles in the United States (other than for purposes of resale or distribution).

<u>Illinois Subclass:</u> All current or former purchasers and lessees of a Honda CR-V equipped with the Honda Sensing system who purchased or leased their vehicles in Illinois (other than for purposes of resale or distribution).

65.    Excluded from the class and subclass are Honda, any affiliate, parent, or subsidiary of Honda; any entity in which Honda has a controlling interest; any officer, director, or employee of Honda; any successor or assign of Honda; any Judge to whom this action is assigned; and any owners or lessees of Class Vehicles that were not distributed for sale or lease in the United States.

66.    Also excluded from the class and subclass are individuals who have claims for personal injury resulting from the Defect.

67.    The proposed class and subclass satisfy Rule 23(a)(1) because, upon information and belief, they are so numerous that joinder of all members is impracticable.

68.    Specifically, Honda sold over 300,000 CR-V vehicles each of the past four years.

69.    The exact number of class members is unknown to Plaintiff at this time and can only be determined through appropriate discovery.

70.    The proposed class and subclass are ascertainable because they are defined by reference to objective criteria.

71.    In addition, the proposed class and subclass are identifiable in that, upon information and belief, the names and addresses of all members of the proposed class and subclass can be identified in business records maintained by Honda.

72.    The proposed class and subclass satisfy Rules 23(a)(2) and (3) because Plaintiff's claims are typical of the claims of the members of the class and subclass.

73.     Plaintiff's claims are typical of the claims of the class and subclass because Plaintiff purchased or leased a Class Vehicle that contained the same Defect found in all other Class Vehicles.

74.     Plaintiff satisfies Rule 23(a)(4) because she will fairly and adequately protect the interests of the members of the class and subclass and has retained counsel experienced and competent in class action litigation.

75.     Plaintiff has no interests that are contrary to or irrevocably in conflict with the members of the class and subclass that she seeks to represent.

76.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy, since, upon information and belief, joinder of all members is impracticable.

77.     Furthermore, the injury suffered by each class member, while meaningful on an individual basis, is not of such magnitude as to make the prosecution of individual actions against Honda economically feasible.

78.     Even if class members themselves could afford such individualized litigation, the court system could not.

79.     In addition to the burden and expense of managing myriad actions arising from the defect, individualized litigation presents a potential for inconsistent or contradictory judgments.

80.     Individualized litigation would increase the delay and expense to all parties and the court system presented by the legal and factual issues of the case.

81.     By contrast, the class action device presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

82.     In the alternative, the class and subclass may be certified because:

    a.  the prosecution of separate actions by the individual members of the class would create a risk of inconsistent or varying adjudication with

respect to individual class members which would establish incompatible standards of conduct for Honda;

b.  the prosecution of separate actions by individual class members would create a risk of adjudications with respect to them which would, as a practical matter, be dispositive of the interests of other class members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and

c.  Honda has acted or refused to act on grounds generally applicable to the class, thereby making appropriate final and injunctive relief with respect to the members of the class as a whole.

83.  There will be no extraordinary difficulty in the management of this action as a class action.

84.  Issues of law and fact common to the members of the class and subclass predominate over any questions that may affect only individual members, in that Honda has acted on grounds generally applicable to the class and subclass.

85.  Among the issues of law and fact common to the class and subclass:

a.  Whether Honda provided Plaintiff and the class members with a vehicle inherently defective in its computerized driver-assisting safety systems;

b.  Whether the Defect would be considered material by a reasonable consumer;

c.  Whether Honda had a duty to disclose the Defect to Plaintiff and other class members;

d.  Whether Honda breached the express warranty by refusing to timely provide warranty coverage for the Defect;

e.  Whether the Defect has diminished the value of the Class Vehicles;

f.  Whether the Defect is capable of being repaired;

g.  Whether Honda's conduct, as alleged herein, violates the consumer protection laws of Illinois;

h.  Whether Honda has breached its implied warranty obligations;

i.  Whether Plaintiff and the other class members are entitled to equitable relief, including but not limited to restitution or a preliminary and/or permanent injunction; and

j.  Whether Plaintiff and the other class members are entitled to damages and other monetary relief.

**Causes of Action**

**Count I: Breach of express warranty pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq.*
(On behalf of the class)**

86.  Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

87.  Plaintiff is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

88.  Honda is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5)

89.  The Class Vehicles are "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

90.  The act at 15 U.S.C. § 2310(d)(1) provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written or implied warranty.

91.  Honda provided Plaintiff and the class members with the following express warranty, covered under 15 U.S.C. § 2301(6): "All new Honda vehicles are covered by a 3-Year/36,000-Mile Limited Warranty, plus a 5-Year/60,000-Mile Powertrain Limited Warranty."

92.  Honda's written express warranty covered any defects in material or workmanship, comprising an undertaking in writing in connection with the purchase or lease of the Class Vehicles to repair or replace defective parts or take other remedial action free of charge to Plaintiff and class members with respect to the

Class Vehicles in the event that the Class Vehicles failed to meet the specifications set forth in Honda's warranty.

93.    Honda's written warranty was the basis of the bargain of the lease between Plaintiff and her dealership.

94.    Plaintiff relied upon Honda's written warranty in deciding to lease her vehicle.

95.    Plaintiff has met all of her obligations and preconditions as provided in Honda's written warranty.

96.    Plaintiff and the members of the class have had sufficient direct dealings with Honda or Honda agents—dealerships—to establish privity of contract between Honda, on the one hand, and Plaintiff, on the other hand.

97.    Nonetheless, privity is not required here because Plaintiff and each of the other class members are intended third-party beneficiaries of contracts between Honda and its dealers, and of their implied warranties.

98.    Honda's dealers were not intended to be the ultimate users of the Class Vehicles and have no rights under the warranty agreements provided with the Class Vehicles; the warranty agreements were designed for and intended to benefit consumers only.

99.    Plaintiff provided Honda with notice of the breach within a reasonable time for Honda to cure the Defect, but Honda did not cure the Defect.

100.    Affording Honda an additional opportunity to cure its breach of written warranties would be unnecessary and futile, because Honda has already indicated that it is unable or unwilling to fix the Defect.

101.    Plaintiff and the other class members would suffer economic hardship if they returned their Class Vehicles, but did not receive the return of all payments made by them to Honda.

102.   Because Honda is refusing to acknowledge any revocation of acceptance and has not immediately returned any payments made, Plaintiff and the class have not re-accepted their Class Vehicles by retaining them.

103.   The amount in controversy of Plaintiff's individual claims meets or exceeds the sum of $25.

104.   The Class Vehicles were manufactured and leased after July 4, 1975 and cost in excess of $10.

105.   The amount in controversy of this action exceeds the sum of $50,000, exclusive of interest and costs, computed on the basis of all claims to be determined in this lawsuit.

106.   As a direct and proximate result of Honda's failure to comply with its written warranty, Plaintiff has suffered damages, and in accordance with 15 U.S.C. § 2310(d)(1), Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

107.   Plaintiff, individually and on behalf of the class, seeks all damages permitted by law, including diminution in the value of the Class Vehicles and attorneys' fees, in an amount to be proven at trial.

**Count II: Breach of implied warranty pursuant to the Magnuson-Moss Act, 15 U.S.C. § 2301 *et seq.***
**(On behalf of the class)**

108.   Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

109.   Plaintiff is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

110.   Honda is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(4)-(5)

111.   The Class Vehicles are "consumer products" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(1).

112.   The act at 15 U.S.C. § 2310(d)(1) provides a cause of action for any consumer who is damaged by the failure of a warrantor to comply with a written or implied warranty.

113.   The Class Vehicles' implied warranties are covered under 15 U.S.C. § 2301(7).

114.   Honda is prohibited from disclaiming or modifying any implied warranty when making a written warranty to the consumer or when Honda has entered into a contract in writing within ninety (90) days from the date of lease to perform services relating to the maintenance or repair of a motor vehicle.

115.   Pursuant to 15 U.S.C. § 2308, Plaintiff's vehicle was impliedly warranted to be substantially free of defects in both material and workmanship and thereby fit for the ordinary purpose for which the CR-V was intended.

116.   Plaintiff's vehicle was warranted to pass without objection in the trade under the contract description and was required to conform to the descriptions of the Class Vehicle contained in the contracts and labels.

117.   Plaintiff and the members of the class have had sufficient direct dealings with Honda or Honda agents—dealerships—to establish privity of contract between Honda, on the one hand, and Plaintiff, on the other hand.

118.   Nonetheless, privity is not required here because Plaintiff and each of the other class members are intended third-party beneficiaries of contracts between Honda and its dealers, and of their implied warranties.

119.   Honda breached these warranties because the Class Vehicles' computerized driver-assisting safety systems suffer from a Defect and are unsafe and ineffective for their intended purpose, and are of a lesser quality than advertised.

120.   Plaintiff provided Honda with notice of the breach within a reasonable time for Honda to cure the Defect, but Honda did not cure the Defect.

121.   Affording Honda an additional opportunity to cure their breach of implied warranties would be unnecessary and futile, because Honda has already indicated that it is unable or unwilling to fix the Defect.

122.   Because of the Defect, the Class Vehicles are unmerchantable and thereby not fit for the ordinary purpose for which Honda intended.

123.   As a result of the breach of implied warranty by Honda, Plaintiff is without the reasonable value of the use of her Class Vehicle.

124.   Plaintiff and the other class members would suffer economic hardship if they returned their Class Vehicles, but did not receive the return of all payments made by them to Honda.

125.   Because Honda is refusing to acknowledge any revocation of acceptance and has not immediately returned any payments made, Plaintiff and the class have not re-accepted their Class Vehicles by retaining them.

126.   The amount in controversy of Plaintiff's individual claims meets or exceeds the sum of $25.

127.   The Class Vehicles were manufactured and leased after July 4, 1975 and cost in excess of $10.

128.   The amount in controversy of this action exceeds the sum of $50,000, exclusive of interest and costs, computed on the basis of all claims to be determined in this lawsuit.

129.   Plaintiff, individually and on behalf of the class, seeks all damages permitted by law, including diminution in the value of the Class Vehicles and attorneys' fees, in an amount

### Count III: Breach of Implied Warranty
### (On behalf of the Illinois subclass)

130.   Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

131.   Honda's actions, as alleged above, violate the implied warranty of merchantability statute of the state of Illinois. 810 Ill. Comp. Stat. §§ 5/2-314 and 5/2A-212.

132.   Honda marketed, sold and distributed the Class Vehicles to Plaintiff and the members of the subclass in the regular course of its business.

133.   Honda impliedly warranted, by and through statements, descriptions and affirmations of fact made by it and its authorized agents and representatives that the Class Vehicles were of merchantable quality, would pass without objection in the trade or business under the contract description, were safe for use, and were free of material defects and fit for the ordinary purposes for which they were to be used.

134.   In reliance upon these implied warranties, Plaintiff and the members of the subclass purchased or leased the Class Vehicles.

135.   The Class Vehicles failed to comply with the implied warranties because they suffered from inherent design and/or manufacturing defects that, from the date of purchase forward, rendered the Class Vehicles unfit for their intended use and purpose due to these defects.

136.   Honda knew or had reason to know that the Class Vehicles did not conform to the implied warranties because the vehicles were neither as safe, usable, or free from defects as represented.

137.   Plaintiff provided Honda with notice of the breach of implied warranty within a reasonable time for Honda to cure the Defect, but Honda did not cure the Defect.

138.   Affording Honda an additional opportunity to cure its breach of implied warranties would be unnecessary and futile, because Honda has already indicated that it is unable or unwilling to fix the Defect.

139.   Honda was also on notice of the Defect from the complaints and service requests it received from both Plaintiff and the subclass members, from repairs and/or replacements of the Defect, and through its own maintenance records.

140.    As a direct and proximate cause of Honda's breach, Plaintiff and the subclass members have suffered damages and continue to suffer damages, including economic damages at the point of sale or lease, that is, the difference between the value of the vehicle as promised and the value of the vehicle as delivered.

141.    Plaintiff and the subclass members are entitled to legal and equitable relief against Honda, including damages, consequential damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief as appropriate.

### Count IV: Breach of Express Warranty
### (On behalf of the Illinois subclass)

142.    Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

143.    Honda's actions, as alleged above, violate the express warranty statute of the state of Illinois. 810 Ill. Comp. Stat. §§ 5/2-313 and 5/2A-210.

144.    Honda marketed, sold and distributed the Class Vehicles to Plaintiff and the subclass members of the class in the regular course of its business.

145.    Honda and its authorized dealerships provided Plaintiff and the subclass members with a new vehicle limited warranty, under which it agreed to repair original components found to be defective in material or workmanship under normal use and maintenance, including the computerized driver-assisting safety systems.

146.    Additionally, in connection with the sale or lease of the Class Vehicles, Honda expressly represented and warranted, by and through statements, descriptions and affirmations of fact made by it and its authorized agents and representatives that the Class Vehicles were safe for ordinary use.

147.    In reliance upon these express warranties, Plaintiff and the members of the subclass purchased or leased the Class Vehicles.

148.    The Class Vehicles failed to comply with the express warranties because they suffered from inherent design and/or manufacturing defects that, from

the date of purchase forward, rendered the Class Vehicles unfit for their intended use and purpose and made them not free from defects in material and workmanship.

149.   Honda knew or had reason to know that the Class Vehicles did not conform to the express representations because the vehicles were neither as safe, usable nor free from defects as represented.

150.   Plaintiff provided Honda with notice of the breach of express warranty within a reasonable time for Honda to cure the Defect, but Honda did not cure the Defect.

151.   Affording Honda an additional opportunity to cure its breach of express warranties would be unnecessary and futile, because Honda has already indicated that it is unable or unwilling to fix the Defect.

152.   Honda was also on notice of the Defect from the complaints and service requests it received from both Plaintiff and the subclass members, from attempted repairs and/or replacements related to the Defect, and through its own maintenance records.

153.   As a direct and proximate cause of Honda's breach, Plaintiff and the subclass members have suffered damages and continue to suffer damages, including economic damages at the point of sale or lease, that is, the difference between the value of the vehicle as promised and the value of the vehicle as delivered.

154.   Plaintiff and the subclass members are entitled to legal and equitable relief against Honda, including damages, consequential damages, specific performance, rescission, attorneys' fees, costs of suit, and other relief as appropriate.

**Count V: Violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505 *et seq.***
**(On behalf of the Illinois subclass)**

155.   Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

156.   Honda is a "person" as that term is defined in 815 ILCS 505/1(c).

157.   Plaintiff and the subclass members are "consumers" as that term is defined in 815 ILCS 505/1(e).

158.   The Illinois Consumer Fraud and Deceptive Business Practices Act ("Illinois CFA") prohibits "unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact . . . in the conduct of trade or commerce . . . whether any person has in fact been misled, deceived or damaged thereby." 815 ILCS 505/2.

159.   In the course of Honda's business, Honda concealed and suppressed material facts concerning the Class Vehicles' computerized driver-assisting safety systems, with the intent that Plaintiff and the subclass would rely on those representations to their detriment and Honda's benefit.

160.   Defendants thus violated the Act by, at minimum, failing to disclose that the computerized driver-assisting safety systems suffered from the Defect which materially detracts from the central functionality of the Class Vehicles, and by failing to repair the Defect when requested by Plaintiff and the subclass members.

161.   Honda is either unable or unwilling to cure the Defect and repair the Class Vehicles.

162.   Honda knew or should have known that its conduct violated the Illinois CFA.

163.   As a direct and proximate result of Honda's unlawful methods, acts, and practices, Plaintiff and the subclass members incurred actual damages, in that they purchased or leased Class Vehicles that they otherwise would not have, or they paid more than they otherwise would have for the Class Vehicles.

164.   Meanwhile, Honda has sold more Class Vehicles than it otherwise could have and charged inflated prices for the vehicles, thereby unjustly benefiting from its conduct.

165.    Plaintiff seeks monetary damages, including punitive damages, appropriate injunctive relief, reasonable attorney's fees and costs, and other relief as the court may deem necessary, pursuant to 815 ILCS 505/10a.

### Count VI: Negligence – Failure to Warn
### (On behalf of the class)

166.    Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

167.    At all times referenced herein, Honda was responsible for designing, formulating, testing, manufacturing, inspecting, distributing, marketing, supplying, selling, and/or leasing the Class Vehicles to Plaintiff and the Class.

168.    At all relevant times, the use of the Class Vehicles in a manner that was intended or reasonably foreseeable by Honda involved substantial risk of failure of the computerized driver-assisting safety systems and associated safety risks to occupants of Class Vehicles.

169.    At all times the risk of false alarms, incorrect safety system operation, and the resulting potential danger was known or knowable by Honda, in light of the generally recognized and prevailing knowledge available at the time Honda manufactured and designed the Class Vehicles.

170.    Honda, as the manufacturer of the Class Vehicles, had a duty to warn Plaintiff and the class of all dangers associated with their intended use of the Class Vehicles.

171.    Honda was negligent and breached its duty of care by negligently failing to give adequate warnings to purchasers and lessees of the Class Vehicles, including Plaintiff, about the risks, potential dangers and defective condition of the Class Vehicles.

172.    Honda knew, or by the exercise of reasonable care, should have known of the inherent design defects and resulting dangers associated with using the Class Vehicles, and knew that Plaintiff and the class members could not reasonably be aware of those risks.

173.   Honda failed to exercise reasonable care in providing the Class with adequate warnings.

174.   As a direct and proximate result of Honda's failure to adequately warn consumers about the risks and dangers of using the Class Vehicles, Plaintiff and the class have suffered damages.

### Count VII: Negligence – Failure to Test
### (On behalf of the class)

175.   Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

176.   Honda did not perform adequate testing on the Class Vehicles, which were defectively designed, formulated, tested, manufactured, inspected, distributed, marketed, supplied and/or sold to Plaintiff and the class.

177.   Adequate testing would have revealed the serious deficiencies in the Class Vehicles in that it would have revealed the Defect.

178.   Honda had, and continues to have, a duty to exercise reasonable care to properly design—including the duty to test—the Class Vehicles that it introduced into the stream of commerce.

179.   Honda breached these duties by failing to exercise ordinary care in the design, specifically the testing of the Class Vehicles, which it introduced into the stream of commerce, because Honda knew or should have known that the Class Vehicles suffered from the Defect.

180.   Honda knew or should have known that consumers such as Plaintiff would foreseeably suffer economic damages or injury, and/or be at an increased risk of suffering damage and injury, as a result of Honda's failure to exercise ordinary care in the design of the Class Vehicles by failing to conduct appropriate testing.

181.   By reason of the foregoing, Plaintiff and the class experienced, or are at risk of experiencing, financial damage and injury.

## Count VIII: Negligent Misrepresentation
### (On behalf of the class)

182.   Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

183.   Honda made material misrepresentations of fact to Plaintiff and the class concerning the quality and safety of the Class Vehicles.

184.   At the time the representations were made, Honda knew, or by the exercise of reasonable care, should have known that the statements were false and that the Class Vehicles suffered from the Defect, as detailed above.

185.   Honda made such claims about the Class Vehicles with the intent to induce Plaintiff and the class members to purchase Class Vehicles.

186.   Plaintiff and the class members justifiably relied upon Honda's misrepresentations about the quality and safety of the Class Vehicles.

187.   Plaintiff and the class members have suffered harm as the result of Honda's misrepresentations and omissions of material fact.

## Count IX: Unjust Enrichment
### (On behalf of the class)

188.   Plaintiff repeats and realleges each and every factual allegation included in paragraphs 1-85.

189.   Honda has been, and continues to be, unjustly enriched, to the detriment of and at the expense of Plaintiff and the class members, as a result of its conduct directed against Plaintiff and the class as a whole, including the collection of money from the sale or lease of Class Vehicles and the avoidance of or refusal to incur expenses associated with repair of those defective vehicles.

190.   Honda has been unjustly benefitted through the unlawful or wrongful collection of money from the sale or lease of Class Vehicles, and continues to so benefit to the detriment and at the expense of class members.

191.   Accordingly, Honda should not be allowed to retain the proceeds from the benefits conferred upon it by Plaintiff and the class members, who seek

disgorgement of Honda's unjustly acquired profits and other monetary benefits resulting from its unlawful conduct, and seek restitution for the benefit of Plaintiff and the class members, in an equitable and efficient fashion as the Court deems just and proper.

192.   Plaintiff and the class members are entitled to the imposition of a constructive trust upon Honda such that its unjust enrichment, unjust benefit, and ill-gotten gains may be allocated and distributed equitably by the Court to and for the benefit of Plaintiff and the class members.

**WHEREFORE**, Plaintiff respectfully requests relief and judgment as follows:

A.   Certifying Plaintiff's class and subclass and appointing Plaintiff and her counsel to represent the class and subclass;

B.   Awarding Plaintiff and the members of the class and subclass damages, consequential damages, specific performance, and/or rescission;

C.   Awarding Plaintiff and the members of the class and subclass restitution and disgorgement of profits, or other equitable relief as the Court deems proper;

D.   Enjoining Honda from continuing to engage in unlawful business practices as alleged herein;

E.   Awarding Plaintiff and the members of the class and subclass any pre-judgment and post-judgment interest as may be allowed under the law;

F.   Ordering the imposition of a constructive trust over the revenues from sales and leases of and resulting profits received by Defendant as a result of its wrongful conduct;

G.   Awarding Plaintiff and the members of the class and subclass reasonable attorneys' fees and costs of suit, including expert witness fees; and

H.   Awarding other and further relief as the Court may deem just and proper.

**TRIAL BY JURY**

Plaintiff is entitled to and hereby demands a trial by jury.

Dated: January 17, 2020          By:          */s/ Michael S. Morrisson*
                                               Michael S. Morrison

# EXHIBIT  1

CUSTOMER #: 15405

677189

**Community HONDA**
of Orland Park

INVOICE

PHYLISTENE WARD

CHICAGO, IL 60620-4330

PAGE 1

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

SERVICE ADVISOR: 341 RANDY J PRIBYL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | 1420/1426 | T655 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | | | | | |
| 27JUN19 DD | | | WAIT 29JUL19 | | 163.89 | CASH | 30JUL19 |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:191193 | | | |
| 08:14 29JUL19 | 07:12 30JUL19 | | ENG:1.5L I-4 16-VALVE DOHC_W/TURBOCHARGER | | | | |
| | | | TRN:CVT AUTOMATIC 3 | | | | |

LINE OPCODE TECH TYPE HOURS

LIST     NET     TOTAL

A ALARM SOUNDS OFF WHEN DRIVING AFTER 10-15 MIN - VSA - BRAKE
          MONITORING - A LIST SHOWED UP ON DASH - HAS HAPPENED 3 TIMES IN
          LAST WEEK
     99HOZ ALARM SOUNDS OFF WHEN DRIVING AFTER 10-15
          MIN - VSA - BRAKE MONITORING - A LIST SHOWED
          UP ON DASH - HAS HAPPENED 3 TIMES IN LAST
          WEEK
               25  ISP                                                           (N/C)
PARTS:    0.00 LABOR:    0.00 OTHER:    0.00  TOTAL LINE A:        0.00
1420 CHECKED AND FOUND CODES V0416-68 VSA BRAKE ACTUATOR V0416- VSA
SYSTEM MALFUNCTION - V4016-92 TEMPORARY STOP OF IDS **CLEARED CODES AND
TEST DROVE DID NOT RECODE FOLLOWED FLOW CHART AND ALL PASSES - TEST
DROVE 6 MILES -
          ****************************************************

COMPANY NAME                    TRIPAC
COMPANY PHONE
POLICY NUMBER                   5322492
POLICY TERM                         36
EFFECTIVE DATE              27 JUN 2019
DEDUCTIBLE                        0.00
MILEAGE LIMIT                    37500
BEGIN MILES                        16
END MILES                       37516
COMPONENTS

THANK YOU FOR YOUR BUSINESS!
Honda may be sending you a survey regarding
your service visit today.  If for any reason
you can not fill it out as excellent, please
call Bob Madia-Service Director 708-364-2481
or email bob@communityhonda.com
ASK YOUR ADVISOR ABOUT OUR NEW PAY & GO!

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OF THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

| Original Estimate | Total Additional Cost | Approved By/Telephone | Date & Time |
|---|---|---|---|
| $ | $ | | |
| Revised Estimate | $ | | |
| $ | | | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity  to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

| | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| ALL PARTS ARE NEW | GAS, OIL, LUBE | 0.00 |
| UNLESS OTHERWISE | SUBLET AMOUNT | 0.00 |
| INDICATED. | MISC. CHARGES * | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

DealerCAR 2014 CDK Global, LLC (REV7) SERVICE INVOICE TYPE 2 - 25/22 - "R3-B" -IL - 3556D13C

**CUSTOMER COPY**

CUSTOMER #: 15405

677600

**Community HONDA**
of Orland Park

\*INVOICE\*

PHYLISTENE WARD

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

CHICAGO, IL 60620-4330

PAGE 1

SERVICE ADVISOR: 341 RANDY J PRIBYL

| COLOR | YEAR | MAKE/MODEL | | VIN | | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | | 1571/1571 | T971 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | | INV. DATE |
| 27JUN19 IS | | | | | 163.89 | CASH | | 01AUG19 |
| 27JUN19 DD | | | WAIT 01AUG19 | | | | | |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:191193 | | | | |
| 08:05 01AUG19 | | 14:16 01AUG19 | ENG:1.5L I-4 16-VALVE DOHC W/TURBOCHARGER | | | | | |
| | | | TRN:CVT AUTOMATIC 3 | | | | | |

LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL

A ALARM SOUNDS OFF WHEN DRIVING AFTER 10-15 MIN - VSA - BRAKE
      MONITORING - A LIST SHOWED UP ON DASH - HAS HAPPENED 3 TIMES IN
      LAST WEEK - WAS CLEARED LAST VISIT AND TEST DROVE DID NOT
      RECODE - NOW LIGHTS ARE ON AGAIN AND WILL NOT SHUT OFF WHEN
      RESTARTING -( LAST VISIT 1420 CHECKED AND FOUND CODES V0416-68
      VSA BRAKE ACTUATOR V0416- VSA SYSTEM MALFUNCTION - V4016-92
      TEMPORARY STOP OF IDS **CLEARED CODES AND TEST DROVE DID NOT
      RECODE FOLLOWED FLOW CHART AND ALL PASSES - TEST DROVE 6 MILES
      ) -
CAUSE: CONTACTED TECH LINE AND SAID TO REPLACE MILLIWAVE RADAR AND AIM
      7381A4 RADAR UNIT, MILLIMETER WAVE- REPLACE
                                                                     (N/C)
            25    WH                                                  (N/C)
         1 36803-TLA-A04 RADAR, MILLIWAVE
   FC: 03214
   PART#: 36803-TLA-A04
   COUNT: 0
   CLAIM TYPE:
   AUTH CODE:

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:    0.00
1571 HAS CODE V0416-92 TEMP STOP OF DRIVER SUPPORT CLEARED CODES
AND TEST DROVE DID NOT CODE
      ***************************************************
B AFTER RESTARTING 3 TIMES AND DRIVING ABOUT 10 MIN ALL LIGHTS TURNED
      OFF CHECK AND ADVISE
      99HOZ AFTER RESTARTING 3 TIMES AND DRIVING ABOUT
         10 MIN ALL LIGHTS TURNED OFF CHECK AND
      ADVISE
            25    ISP                                                 (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:    0.00
      ***************************************************
C** HONDA RENTAL VEHICLE
CAUSE: COMMUNITY HONDA RENTAL VEHICLE AT COMMUNITY HONDA WE FOLLOW THE
      AMERICAN HONDA ALTERNATE TRANSPORTATION GUIDE LINES, WE ONLY

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

| | DESCRIPTION | | TOTALS |
|---|---|---|---|
| Original Estimate | Total Additional Cost | Approved By/Telephone | Date & Time |
| Revised Estimate | | | |

ALL PARTS ARE NEW
UNLESS OTHERWISE
INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

DealerCAR 2014-CDK Global, LLC  (0711 N SERVICE INVOICE TYPE 2 - 25/2C - "AS-IS" - IL - 96000120C

CUSTOMER COPY

"EXHIBIT 1"
34

CUSTOMER #: 15405

677600

**Community HONDA**
of Orland Park

*INVOICE*

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

PHYLISTENE WARD

CHICAGO, IL 60620-4330

PAGE 2

SERVICE ADVISOR: 341 RANDY J PRIBYL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | 1571/1571 | T971 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | WAIT 01AUG19 | | 163.89 | CASH | 01AUG19 |
| 27JUN19 DD | | | | | | | |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:191193 | | | |

ENG:1.5L I-4 16-VALVE DOHC W/TURBOCHARGER
TRN:CVT AUTOMATIC 3

| R.O. OPENED | READY | | | |
|---|---|---|---|---|
| 08:05 01AUG19 | 14:16 01AUG19 | | | |

LINE OPCODE TECH TYPE HOURS        LIST     NET     TOTAL

```
         HAVE RENTAL VEHICLES.
      RENTAL HONDA RENTAL VEHICLE                              (N/C)
             99   ISP                                          (N/C)
      RS RENTAL
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE C:   0.00
      *****************************************************
```

COMPANY NAME           TRIPAC
COMPANY PHONE
POLICY NUMBER         5322492
POLICY TERM           36
EFFECTIVE DATE     27 JUN 2019
DEDUCTIBLE            0.00
MILEAGE LIMIT        37500
BEGIN MILES           16
END MILES            37516
COMPONENTS

APPT BY RANDY 800 ARIVAL

THANK YOU FOR YOUR BUSINESS!
Honda may be sending you a survey regarding
your service visit today. If for any reason
you can not fill it out as excellent, please
call Bob Madia-Service Director 708-364-2481
or email bob@communityhonda.com
ASK YOUR ADVISOR ABOUT OUR NEW PAY & GO!

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

| | DESCRIPTION | TOTALS |
|---|---|---|
| | LABOR AMOUNT | 0.00 |
| | PARTS AMOUNT | 0.00 |
| | GAS, OIL, LUBE | 0.00 |
| ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | SUBLET AMOUNT | 0.00 |
| | MISC. CHARGES * | 0.00 |
| | TOTAL CHARGES | 0.00 |
| | LESS INSURANCE | 0.00 |
| | SALES TAX | 0.00 |
| | PLEASE PAY THIS AMOUNT | 0.00 |

| Original Estimate | | Total Additional Cost | Approved By/Telephone | Date & Time |
|---|---|---|---|---|
| $ | $ | | | |
| Revised Estimate | | | | |
| $ | $ | | | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE       CUSTOMER SIGNATURE       AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

DealerCAR 2014 CDK Global, LLC (03/17)-SERVICE INVOICE TYPE 2 - 2S13C - "AS-IS" - IL - 0036017C

**CUSTOMER COPY**

"EXHIBIT 1"

CUSTOMER #: 15405

677703

**Community HONDA** of Orland Park

*INVOICE*

DUPLICATE 2
PAGE 1

PHYLISTENE WARD

CHICAGO, IL 60620-4330

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

SERVICE ADVISOR: 341 RANDY J PRIBYL

| COLOR | YEAR | MAKE/MODEL | | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | | 7FARW2H55KE035546 | | 1722/1620 | T073. |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | | | | 163.89 | CASH | 09AUG19 |
| 27JUN19 DD | | | 18:00 08AUG19 | | | | | |
| R.O. OPENED | | READY | OPTIONS: | SOLD-STK:191193 | | | | |

ENG:1.5L I-4 16-VALVE_DOHC W/TURBOCHARGER
08:14 02AUG19  11:37 09AUG19  TRN:CVT AUTOMATIC 3

LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL

A WAS JUST IN YESTERDAY FOR SAME - HAD FRONT MILLI RADAR REPLACED AND
        PROBLEM CAME BACK - ALL WARNINGS ON DASH LIT UP THIS MORING -
        TPMS PROBLEM - BRAEK SYSTEM PROBLEM BRAKE HOLD PROBLEM - EPS
        PROBLEM VSA PROBLEM - HILL START ASSIT PROBLEM - CMS PROBLEM -
        RDM PROBLEM - ACC PROBLEM
     99HOZ WAS JUST IN YESTERDAY FOR SAME - HAD FRONT
        MILLI RADAR REPLACED AND PROBLEM CAME BACK -
        ALL WARNINGS ON DASH LIT UP THIS MORING -
        TPMS PROBLEM - BRAEK SYSTEM PROBLEM BRAKE
        HOLD PROBLEM - EPS PROBLEM VSA PROBLEM -
        HILL START ASSIT PROBLEM - CMS PROBLEM - RDM
        PROBLEM - ACC PROBLEM
             25  ISP                                                   (N/C)
PARTS:      0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:       0.00
1620 CHECKED CODES HAS A DIFFERENT CODE NOW C0040-16 PLAUSIBILITY
BRAKE LINE SWITCH VERSUS PRESSURE SENSOR - TESTED BOTH AND PASSES - EPS
V0416-68 VSA SYSTEM MALFUNCTION - CLEARED ALL CODES AND DID NOT RECODE
- TESTED ALL COMPONENTS AS PER TECH LINE ACCESS CODE 207001010117 TEST
DROVE WITH SCANNER ON TO TAKE SNAP SHOT AND DID NOT CODE - TECH DROVE
VEHICLE HOME AND BACK DID NOT CODE - TEST DROVE SEVERAL TIMES A DAY FOR
A TOTAL OF 102 MILES DID NOT CODE - CAN NOT DUPLICATE AT THIS TIME
        ********************************************************
B** HONDA RENTAL VEHICLE
CAUSE: COMMUNITY HONDA RENTAL VEHICLE AT COMMUNITY HONDA WE FOLLOW THE
        AMERICAN HONDA ALTERNATE TRANSPORTATION GUIDE LINES, WE ONLY
        HAVE RENTAL VEHICLES.
     RENTAL HONDA RENTAL VEHICLE                                       (N/C)
             99  ISP                                                   (N/C)
     RS RENTAL
PARTS:      0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE B:       0.00
        ********************************************************

COMPANY NAME              TRIPAC
COMPANY PHONE

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

| | ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED. | DESCRIPTION | TOTALS |
|---|---|---|---|
| Original Estimate | Total Additional Cost | Approved By/Telephone | Date & Time | | LABOR AMOUNT | |
| $ | $ | | | | PARTS AMOUNT | |
| Revised Estimate | | | | | GAS, OIL, LUBE | |
| $ | $ | | | | SUBLET AMOUNT | |
| | | | | | MISC. CHARGES * | |
| | | | | | TOTAL CHARGES | |
| | | | | | LESS INSURANCE | |
| | | | | | SALES TAX | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

| DATE | CUSTOMER SIGNATURE | AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE | PLEASE PAY THIS AMOUNT | |
|---|---|---|---|---|

DealerCAP 2014 CDK Global, LLC d/b/a Service Invoice TYPE 2 - 25/3C - "AS-IS" - 4. - 9696013C

CUSTOMER COPY·

"EXHIBIT 1"

# Community HONDA of Orland Park

CUSTOMER #: 15405

PHYLISTENE WARD

CHICAGO, IL 60620-4330

678848

WORKORDER

PAGE 2

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

#192

SERVICE ADVISOR: 341 PRIBYL, RANDY J

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | 1801/ | T050 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | | | 163.89 | CASH | |
| 27JUN19 DD | | | ** WAITER ** | | | | |

| R.O. OPENED | | READY | OPTIONS: SOLD-STK:191193 |
|---|---|---|---|
| 14AUG2019 09:55 | | | ENG:1.5L I-4 16-VALVE DOHC W/TURBOCHARGER TRN:CVT AUTOMATIC 3 |

| LINE | OP CODE | TECH... | TYPE | DESCRIPTIONS/INSTRUCTIONS |
|---|---|---|---|---|
| # A | 99HOZ | | WH | WARNING LIGHTS LIT ON DASH BRAKE SYSTEM HOLD - BRAKE SYSTEM - POWER STEERING EPS - VSA - HILL START ASSIST - ACC - COLLISION MITIGATION - ROAD DEPARTURE PORBLEM - 4TH TIME IN FOR SAME  - #246 |

```
COMPANY NAME              TRIPAC
COMPANY PHONE
POLICY NUMBER             5322492
POLICY TERM                  36
EFFECTIVE DATE        27 JUN 2019
DEDUCTIBLE                 0.00
MILEAGE LIMIT            37500
BEGIN MILES                 16
END MILES               37516
COMPONENTS
```

**WARRANTY DISCLAIMER:** ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

**PAYMENT TERMS:** I agree to pay for the repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the Repairs unless the Dealership agrees to other payment arrangements in advance. An express mechanics lien is hereby acknowledged on the vehicle for authorized service to secure the cost of labor, materials, and other authorized charges. If I authorize commencement of repairs or disassembly of the vehicle or a vehicle component to provide an estimated cost of repairs, but elect not to proceed with the repair, I understand that a charge will be imposed for disassembly, reassembly or partially completed work and I agree to pay for the same. Such charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

**By Signing Below:** I agree that: (1) I have read this Repair Order and I authorize the completion of the services/repairs listed above in accordance with the terms and conditions herein; (2) the Dealership is not responsible for any delays caused by the unavailability of parts or shipping by the parts manufacturer, supplier, or transporter or for any loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control; (3) the Dealership may operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle; and (4) I authorize the retrieval of on-board data as needed to facilitate vehicle repairs and the sharing of that data with the vehicle manufacturer for diagnostic or research purposes.

Customer X _____ Date _____

Dealer CAR 2014 CDK Global, LLC (07/17) WORKORDER TYPE 2 - 25W2C - "AS-IS" - IL - 985488XC

**ESTIMATE:** You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. You may waive your right to an estimate, which gives the motor vehicle repair facility the right to set the price without your permission. Your signature will indicate your selection.

( ) I request an estimate in writing before you begin repairs. Signature _____

( ) Please proceed with repairs but call me for approval before continuing if the price exceeds $_____
Signature _____

( ) I do not want an estimate and you may set the price of repairs.
Signature _____ Date _____ Time _____

PRELIMINARY ESTIMATE $_____

This estimated price for authorized repairs will be honored if the motor vehicle is delivered to the facility within the time period agreed to by the consumer and the motor vehicle repair facility. Estimates will include charges to complete the repair, including any charges to perform diagnostics, prepare estimates, and disassemble/reassemble the vehicle or a vehicle component.

**LABOR AND PARTS COSTS:** A combination of industry standard flat rate (time) manuals, actual time, or condition of the vehicle may be used to determine labor costs.

**PARTS:** All parts installed are new unless otherwise indicated. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. Upon request, replaced parts will be made available for inspection or returned to you, unless subject to a manufacturer's warranty, core charge, or otherwise specified.

| Discard Replaced Parts | (INITIAL) | Save Replaced Parts | (INITIAL) |
|---|---|---|---|
| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | Approved By/Telephone No. | Date & Time |
| $ | $ | | |
| Revised Estimate | $ | | |

TECHNICIAN CO[

CUSTOMER #: 15405

678848

# Community HONDA
## of Orland Park

PHYLISTENE WARD

WORKORDER

8340 W. 159th St., Orland Park, IL 60462
708-364-2600

CHICAGO, IL 60620-4330

PAGE 1

www.communityhonda.com

SERVICE ADVISOR: 341 PRIBYL, RANDY J

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|-----------|--|-----|---------|----------------|-----|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | 1801/ | T050 |
| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | ** WAITER ** | | 163.89 | CASH | |
| 27JUN19 DD | | | | | | | |
| R.O. OPENED | | READY | OPTIONS: SOLD-STK:191193 | | | | |
| | | | ENG:1.5L_I-4_16-VALVE_DOHC_W/TURBOCHARGER | | | | |
| 14AUG2019 09:55 | | | TRN:CVT_AUTOMATIC_3 | | | | |

VEHICLE SERVICE HISTORY
CLSD DTE

| RO# | S/A | MILEAGE | OP CODE | TECH... | TYPE | DESCRIPTION |
|-----|-----|---------|---------|---------|------|-------------|
| 677703 | 341 | 1722 | 14AUG19 | | | |
| | | | 99HOZ | 25 | ISP | WAS JUST IN YESTERDAY FOR SAME - HAD F |
| | | | RENTAL | 99 | ISP | HONDA RENTAL VEHICLE |
| | | | 9997 | | ISP | RENTAL |
| 677600 | 341 | 1571 | 08AUG19 | | | |
| | | | 7381A4 | 25 | WH | RADAR UNIT, MILLIMETER WAVE- REPLACE |
| | | | 99HOZ | 25 | ISP | AFTER RESTARTING 3 TIMES AND DRIVING |
| | | | RENTAL | 99 | ISP | HONDA RENTAL VEHICLE |
| | | | 9997 | | ISP | RENTAL |
| 677189 | 341 | 1426 | 30JUL19 | | | |
| | | | 99HOZ | 25 | ISP | ALARM SOUNDS OFF WHEN DRIVING AFTER 1 |

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER FOR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

PAYMENT TERMS: I agree to pay for the repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the Repairs unless the Dealership agrees to other payment arrangements in advance. An express mechanics lien is hereby acknowledged on the vehicle for authorized service to secure the cost of labor, materials, and other authorized charges. If I authorize commencement of repairs or disassembly of the vehicle or a vehicle component to provide an estimated cost of repairs, but elect not to proceed with the repair, I understand that a charge will be imposed for disassembly, reassembly or partially completed work and I agree to pay for the same. Such charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

By Signing Below: I agree that: (1) I have read this Repair Order and I authorize the completion of the services/repairs listed above in accordance with the terms and conditions herein; (2) the Dealership is not responsible for any delays caused by the unavailability of parts or shipping by the parts manufacturer, supplier, or transporter or for any loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control; (3) the Dealership may operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle; and (4) I authorize the retrieval of on-board data as needed to facilitate vehicle repairs and the sharing of that data with the vehicle manufacturer for diagnostic or research purposes.

ESTIMATE: You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. You may waive your right to an estimate, which permits the motor vehicle repair facility the right to set the price without your permission. Your signature will indicate your selection.

(a) I request an estimate in writing before you begin repairs. Signature _____

(b) Please proceed with repairs but call me for approval before continuing if the price exceeds $_____.
Signature _____

(c) I do not want an estimate and you may set the price of repairs.
Signature _____ Date _____ Time _____

PRELIMINARY ESTIMATE $ _____

This estimated price for authorized repairs will be honored if the motor vehicle is delivered to the facility within the time period agreed to by the consumer and the motor vehicle repair facility. Estimates will include charges to complete the repair, including any charges to perform diagnostics, prepare estimates, and disassemble/reassemble the vehicle or a vehicle component.

LABOR AND PARTS COSTS: A combination of industry standard flat rate (time) manuals, actual time, or condition of the vehicle may be used to determine labor costs.

PARTS: All parts installed are new unless otherwise indicated. Remanufactured and refurbished parts that meet manufacturer approved source part requirements may be installed at our discretion. Additional information is available upon request. Upon request, replaced parts will be made available for inspection or returned to you, unless subject to a manufacturer's warranty, core charge, or otherwise specified.

| Discard Replaced Parts | (INITIAL) | | Save Replaced Parts | (INITIAL) |
|---|---|---|---|---|
| Original Estimate (Parts & Labor) | Total Additional Cost Authorized | | Approved By/Telephone No.: | Date & Time |
| | $ | | | |
| Revised Estimate | $ | | TECHNICIAN COP | |

Customer X _____ Date _____

DealerCAP 2014 CDK Global, LLC ©2017h WORKORDER TYPE 2 - 2EW2C - "AS-IS" - IL - 9694563C

"EXHIBIT 1"
38

CUSTOMER #: 15405

687114

**Community HONDA**
of Orland Park

*INVOICE*

PHYLISTENE WARD

CHICAGO, IL 60620-4330

PAGE 2

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

SERVICE ADVISOR: 341 RANDY J PRIBYL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | 3874/3874 | T224 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | | | 163.89 | CASH | 15NOV19 |
| 27JUN19 DD | | | 15:00 14NOV19 | | | | |

R.O. OPENED                READY
OPTIONS:    SOLD-STK:191193
ENG:1.5L_I-4_16-VALVE_DOHC_W/TURBOCHARGER
14:41 13NOV19  07:39 15NOV19  TRN:CVT AUTOMATIC_3

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

APPT BY RANDY

THANK YOU FOR YOUR BUSINESS!
Honda may be sending you a survey regarding
your service visit today.  If for any reason
you can not fill it out as excellent, please
call Bob Madia-Service Director 708-364-2481
or email bob@communityhonda.com
ASK YOUR ADVISOR ABOUT OUR NEW PAY & GO!

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

| Original Estimate | Total Additional Cost | Approved By/Telephone | Date & Time |
|---|---|---|---|
| $ | $ | | |
| Revised Estimate | | | |
| $ | $ | | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this Invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

ALL PARTS ARE NEW
UNLESS OTHERWISE
INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

DealerCAR 2014 CDK Global, LLC  (C)(117) SERVICE INVOICE TYPE 2 - 28/2C - "AS-IS" - IL - 9699012C

CUSTOMER COPY

"EXHIBIT 1"
39

CUSTOMER #: 15405

687114

**Community HONDA**
of Orland Park

\*INVOICE\*

8340 W. 159th St., Orland Park, IL 60462
708-364-2600
www.communityhonda.com

PHYLISTENE WARD

CHICAGO, IL 60620-4330

PAGE 1

SERVICE ADVISOR: 341 RANDY J PRIBYL

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| GB | 19 | HONDA CR-V | | 7FARW2H55KE035546 | | 3874/3874 | T224 |
| DEL. DATE | | PROD. DATE WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 27JUN19 IS | | | | | 163.89 | CASH | 15NOV19 |
| 27JUN19 DD | | | 15:00 14NOV19 | | | | |
| R.O. OPENED | | READY | OPTIONS: SOLD-STK:191193 | | | | |
| | | | ENG:1.5L I-4 16-VALVE DOHC W/TURBOCHARGER | | | | |
| 14:41 13NOV19 | | 07:39 15NOV19 | TRN:CVT AUTOMATIC 3 | | | | |

LINE OPCODE TECH TYPE HOURS                                    LIST        NET       TOTAL

A LIGHTS ON DASH -ACC CMG LDM LKAS COLLISON MITIGATION ALL LIT UP
    LIGHTS TURNED OFF ON THE WAY HERE - SEE HISTORY IF NEED
    99HOZ LIGHTS ON DASH -ACC CMG LDM LKAS COLLISON
        MITIGATION ALL LIT UP LIGHTS TURNED OFF ON
        THE WAY HERE - SEE HISTORY IF NEED
        124316  ISP                                                        (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:    0.00  TOTAL LINE A:    0.00
3874 TEST DROVE SEVERAL TIMES AND WAS ABLE TO DUPLICATE - FOUND
CODES FOR MISALIGNED WAVE SENSOR AND WAVE SENSOR DIRTY - REMOVED COVER
FOR MILI RADAR AND CLEANED DIRT OF OF WAVE RADAR AND TEST DROVE - NO
LIGHTS COMING ON AT THIS TIME
*******************************************************

B HONDA RENTAL VEHICLE NO CHARGE TO CUSTOMER
    99HOZOCO HONDA RENTAL VEHICLE NO CHARGE TO
        CUSTOMER                                                           (N/C)
            99  ISP                                                        (N/C)
    RS RENTAL                                                              (N/C)
PARTS:    0.00  LABOR:     0.00  OTHER:    0.00  TOTAL LINE B:    0.00
*******************************************************

COMPANY NAME               TRIPAC
COMPANY PHONE
POLICY NUMBER              5322492
POLICY TERM                     36
EFFECTIVE DATE         27 JUN 2019
DEDUCTIBLE                    0.00
MILEAGE LIMIT               37500
BEGIN MILES                     16
END MILES                   37516
COMPONENTS

WARRANTY DISCLAIMER: ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PROVIDED BY THE DEALERSHIP AS IS, THE DEALERSHIP HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF ANY PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR THE ORIGINAL PARTS DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

| Original Estimate | | Total Additional Cost | Approved By/Telephone | Date & Time |
|---|---|---|---|---|
| $ | $ | | | |
| Revised Estimate | | | | |
| $ | $ | | | |

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE           CUSTOMER SIGNATURE          AUTHORIZED DEALERSHIP REPRESENTATIVE SIGNATURE

ALL PARTS ARE NEW
UNLESS OTHERWISE
INDICATED.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES * | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

DealerCAR 2014 CDK Global, LLC (CR17) SERVICE INVOICE TYPE 2 - 2EUC - "AS IS" - IL - 9698012C

**CUSTOMER COPY**

"EXHIBIT 1"

# COMMUNITY HONDA

### SERVICE DRIVE: PRELIMINARY CHECK IN:

CUSTOMER NAME _____ TIME IN _____

PLATE # _____ APPT   YES   NO

VIN# _/_/_/_/_/_/_/_/_/_ - 2/5/0/3/5/5/4/6/

MAKE _____ MODEL _CAR_ COLOR _Gry_

MILES _180?_ TAG# _OSD,_

MAINTENANCE LIGHT CODES AND PERCENT % _____

WARNING LIGHTS : CEL   ABS   (VSA)   SRS   PSI   TPMS   FWC   LDW   EPS   BATTERY   OIL   LOW TIRE   NONE



TPMS

Brake Fluid
Brake system
Power strn VPS.
VSA
Maintenance Mes
Aat.
CM snsr
Rans Deformer

NOTES _____

_____

_____

1